Michael A. Sweet (SBN: 184345)
George C. Lombardi (*Admitted Pro Hac Vice*)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California  94111-5894
Telephone:    415.591.1000
Facsimile:     415.591.1400
Email:  msweet@winston.com;
glombardi@winston.com; jhurst@winston.com;
ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | **Case Nos. C-04-1511 CW and C-04-4203 CW**<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PLAINTIFFS' RULE 56(f) MOTION**<br><br>**The Honorable Judge Wilken** |

[Proposed] Order Re Briefing Schedule on Plaintiffs' Rule 56(f) Motion
**Error! Unknown document property name.**

Having reviewed Abbott Laboratories' Response to Plaintiffs' Notice About Abbott's Summary Judgment Motion, the Court rules as follows:

IT IS HEREBY ORDERED:

1. Plaintiffs shall file and serve their Rule 56(f) motion no later than June 27, 2005.

2. Defendant's opposition to the Rule 56(f) motion shall be filed and served no later than July 1, 2005.

3. If plaintiffs wish to file a reply in support of their Rule 56(f) motion, they shall file and serve said reply no later than July 6, 2005.

4. **The matter will be taken under submission on the papers. The July 8, 2005, summary judgment hearing is vacated.**

Dated:  6/22/05                                    /s/ CLAUDIA WILKEN

HONORABLE CLAUDIA WILKEN

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

1

[Proposed] Order Re Briefing Schedule on Plaintiffs' Rule 56(f) Motion **Error! Unknown document property name.**