WINSTON & STRAWN LLP
George C. Lombardi (Admitted *Pro Hac Vice)*
James F. Hurst (Admitted *Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Michael A. Sweet (SBN 184345)
101 California Street. Suite 3900
San Francisco, California  94111-5894
Tel:  415.591.1000 / Facs:  415.591.1400

Attorneys for Defendant
ABBOTT LABORATORIES
(Additional Counsel listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION<br><br>This Document Relates To: All Actions | **Case Nos. C-04-1511 CW and**<br><br>**C-04-4203 CW**<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER POSTPONING SETTLEMENT CONFERENCE;** |

Pursuant to Fed. R. Civ. Proc. 6(b), Civ. L.R. 6-2, and Civ. L.R. 7-11, Plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION HEALTH AND WELFARE FUND and JOHN DOES NOS. 1 AND 2 ("Plaintiffs") and ABBOTT LABORATORIES ("Defendant"), by and through their counsel, hereby submit a stipulated request for order postponing the Continued Settlement Conference in the above captioned matters.

## **RECITALS**

WHEREAS, on November 4, 2004 the parties filed a joint stipulation wherein they requested that a settlement conference be ordered in lieu of mediation pursuant to ADR Local Rule 7;

WHEREAS, the parties participated in an initial settlement conference before Magistrate Judge James Larson on March 1, 2005;

STIPULATED REQ. FOR ORDER POSTPONING
SETTLEMENT CONFERENCE; [PROPOSED ORDER]

1  WHEREAS, the parties did not reach a settlement at the March 1, 2005 settlement
2  conference but Judge Larson set a continued settlement conference date of July 26, 2005;
3  WHEREAS, following a case management conference and pursuant to Minute Order dated
4  May 20, 2005 this Court ordered Defendant to file a motion for summary judgment no later than
5  June 1, 2005;
6  WHEREAS, Defendant did file its summary judgment motion on June 1, 2005;
7  WHEREAS, on June 17, 2005 plaintiffs served notice that they would be filing a motion for
8  additional discovery under Rule 56(f);
9  WHEREAS, the parties agree that it would be in the parties' best interest to postpone the
10 settlement conference with Judge Larson until after the Court rules on the Defendant's motion for
11 summary judgment.

## **STIPULATION**

The parties hereby stipulate, subject to the Court's approval, to the following:

1.  The settlement conference currently scheduled for July 26, 2005 with Judge Larson shall be postponed until a date after this Court rules on the Defendant's motion for summary judgment.

IT IS SO STIPULATED.

Dated: June ___, 2005                               WINSTON & STRAWN LLP


                                                    By: _____
                                                        Michael A. Sweet
                                                        Attorneys for Defendant
                                                        ABBOTT LABORATORIES

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

| | | |
|---|---|---|
| 1 | Dated: June ___, 2005 | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Michael W. Stocker<br>Attorneys for Plaintiffs |
| 6 | | JOHN DOE 1 and JOHN DOE 2 |
| 7 | | |
| 8 | Dated: June ___, 2005 | GOODKIND LABATON RUDOFF & SUCHAROW LLP |

By: _____
Hollis L. Salzman
Attorneys for Plaintiffs
SERVICE EMPLOYEES
INTERNATIONAL UNION HEALTH and
WELFARE FUND

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

STIPULATED REQ. FOR ORDER POSTPONING
SETTLEMENT CONFERENCE; [PROPOSED] ORDER      2

1 ORDER

2    PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that the settlement
3 conference currently scheduled for July 26, 2005 with Judge Larson is postponed.  A new date for
4 the settlement conference will be scheduled, if appropriate, only after this Court issues a ruling on
5 Defendants' pending motion for summary judgment.

6

7        6/28/05                                             /s/ CLAUDIA WILKEN
8 Dated: _____        _____
                                                           Judge Claudia Wilken
9                                                          U. S. District Court
                                                           Northern District of California
10
cc: JL