Joseph J. Tabacco, Jr. (75484)
Michael W. Stocker (179083)
Kristin J. Madigan (233436)
**BERMAN DEVALERIO PEASE TABACCO**
  **BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermanesq.com
Email: mstocker@bermanesq.com
Email: kmadigan@bermanesq.com

**Counsel for Plaintiffs John Doe 1 and John Doe 2**

Hollis Salzman (HS-5994)
Bernard Persky (BP-1072)
**GOODKIND LABATON RUDOFF**
  **& SUCHAROW LLP**
100 Park Avenue
New York, NY 10017
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: hsalzman@glrslaw.com
Email: bpersky@glrslaw.com

**Counsel for Plaintiff Service Employees International Union Health and Welfare Fund**

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | No. C-04-1511 CW<br><br>**ORDER GRANTING JOINT STIPULATED REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION PURSUANT TO RULE 56(f)** |

**RECITALS**

WHEREAS the Reply Memorandum of Plaintiffs John Doe 1, John Doe 2, and the Service Employees International Union Healthcare Fund (collectively "Plaintiffs") in support of their Motion pursuant to Federal Rule of Civil Procedure 56(f) is presently due on July 6, 2005; and

WHEREAS the parties have agreed that Plaintiffs be permitted an additional two days in which to file their Reply Memorandum; and

WHEREAS Plaintiffs have not previously requested any extension of time in which to file this brief.

**STIPULATION**

The parties hereby stipulate, subject to the Court's approval, to the following:

The Reply Memorandum in support of Plaintiffs Motion pursuant to Federal Rule of Civil Procedure is now due on July 8, 2005.

IT IS SO STIPULATED.

DATED: July 6, 2005           BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO


By /s/ MICHAEL W. STOCKER
     MICHAEL W. STOCKER

Attorneys for Plaintiffs
John Doe 1 and John Doe 2



DATED: July 6, 2005           GOODKIND LABATON RUDOFF & SUCHAROW LLP


By _____
     HOLLIS P. SALZMAN

Attorneys for Plaintiff
Service Employees International Union Health and Welfare Fund

1 | DATED:  July 6, 2005                                WINSTON & STRAWN LLP

2

3                                                   By _____
                                                        DAVID J. DOYLE
4                                                       Attorneys for Defendant  Abbott Laboratories

5

6 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

7

8 |           7/7/05                                    /s/ CLAUDIA WILKEN

9 | DATED: _____         _____

10                                                      Judge Claudia Wilken
                                                        U.S. District Court
11                                                      Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[C-04-1511 CW] JOINT STIPULATED REQUEST FOR EXTENSION                                    - 2 -