Thomas C. Mavrakakis (SBN 177927)
Michael A. Sweet (SBN: 184345)
George C. Lombardi (*Admitted Pro Hac Vice*)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone:   415.591.1000
Facsimile:   415.591.1400
Email: msweet@winston.com;
glombardi@winston.com; jhurst@winston.com;
ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | Case Nos. C-04-1511 CW and C-04-4203 CW |
| This Document Relates To: All Actions | [~~PROPOSED~~] ORDER SEALING DOCUMENTS |
| | The Honorable Judge Wilken |

Having reviewed Plaintiffs' Request to File Documents Designated Highly Confidential and the Declaration by Abbott Laboratories in support of sealing said documents, the Court rules as follows:

IT IS HEREBY ORDERED:

1. The Defendant has established that certain information filed by the Plaintiffs in this action is sealable.

2. The documents identified in Plaintiff's Request to File Documents Designated highly Confidential and attached to the Declaration In Support of Plaintiffs' Motion to Compel the Deposition of William Dempsey shall be SEALED.

3. Specifically, the documents within the Bates Ranges NOR00025072-00025075, NOR00000712 and NOR0000996 shall be SEALED.

4. The deposition testimony of Jeffrey Devlin and Jesus Leal (attached to the above referenced Declaration as Exhibits 1 and 5) shall be SEALED

Dated: 27 Dec 05

HONORABLE CLAUDIA WILKEN