IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTI-TRUST LITIGATION _____/ | No. C 04-1511 CW (Consolidated Case) No. C 04-4203 CW ORDER REGARDING PLAINTIFFS' STATEMENT OF OBJECTIONS TO DISCOVERY ORDER |

On January 27, 2006, Plaintiffs filed a Statement of Objections to Magistrate Judge Zimmerman's Third Discovery Order. Defendants are hereby ordered to file an opposition to Plaintiffs' statement of objections by February 17, 2006.  Plaintiffs may file a reply no later than February 22, 2006.

IT IS SO ORDERED.

Dated: 2/13/06

_____
CLAUDIA WILKEN
United States District Judge