# BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

ATTORNEYS AT LAW

425 CALIFORNIA STREET, SUITE 2025
SAN FRANCISCO, CA 94104
TEL: (415) 433-3200
FAX: (415) 433-6382

WWW.BERMANESQ.COM
LAW@BERMANESQ.COM

ONE LIBERTY SQUARE
BOSTON, MA 02109
TEL: (617) 542-8300
FAX: (617) 542-1194

222 LAKEVIEW AVENUE, SUITE 900
WEST PALM BEACH, FL 33401
TEL: (561) 835-9400
FAX: (561) 835-0322

July 12, 2006

Honorable James Larson
Chief Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California

*IT IS SO ORDERED*
*Judge James Larson*

      RE: *In re Abbott Labs Norvir Antitrust Litigation*
           Case No. C 04-1511 CW (JL)

Dear Judge Larson:

      We represent the plaintiffs in this antitrust class action pending before Judge Claudia Wilkin. Pursuant to Judge Wilkin's directive that the parties engage in further mediation within thirty days following the Court's ruling on defendant's motion for summary judgment, I am confirming that the parties will appear before you for further mediation of this matter on August 16, 2006, at 2:00 p.m. in your courtroom. For your convenience, attached is the Court's order regarding summary judgment.

      All parties through their counsel have confirmed their availability to participate in further mediation, in person on this date. We look forward to seeing you and will follow the Court's rules with regard to mediation submissions.

                                             Respectfully Submitted,

                                             Joseph J. Tabacco, Jr.

JJT:tkk
Encl.

    cc:     Counsel on attached service list
             by E-Filing