Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermanesq.com
Email: cheffelfinger@bermanesq.com

**Attorneys for Plaintiffs
JOHN DOE 1 AND JOHN DOE 2**

**[ADDITIONAL PLAINTIFFS' COUNSEL
  ON SIGNATURE PAGE]**

Thomas C. Mavrakakis (177927)
Michael A. Sweet (184345)
George C. Lombardi (*Admitted Pro Hac Vice*)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E:mail: msweet@winston.com;
glombardi@winston.com; jhurst@winston.com;
ddoyle@winston.com; spark@winston.com

**Attorneys for Defendant
ABBOTT LABORATORIES**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | No. C-04-1511 CW<br><br>**STIPULATION EXTENDING DATE TO CONDUCT SETTLEMENT CONFERENCE AND TO SUBMIT PROPOSED REVISIONS TO THE LITIGATION SCHEDULE, AND ORDER THEREON** |

**RECITALS**

WHEREAS, in the Court's Minute Order dated April 7, 2006, the Court directed the parties to return to Magistrate Judge Larson for a settlement conference within 30 days of the Court's summary judgment order issuing, or as soon thereafter as was convenient to Judge Larson's calendar.

WHEREAS, on July 6, 2006, the Court issued an order denying Abbott's renewed motion for summary judgment.

WHEREAS, starting on July 10, 2006, the parties have worked with Magistrate Judge Larson's chambers to set a settlement conference date.

WHEREAS, due to scheduling conflicts among the parties and the Magistrate Judge, and the desire to make it possible for the principals to attend in order to make the conference more productive, it appears that November 8, 2006 is now the earliest possible date for a settlement conference with the Magistrate Judge to occur.

WHEREAS, in an attempt to advance the settlement process and to lay the groundwork for the settlement conference with the Magistrate Judge, the parties intend to meet with each other on September 26, 2006 in New York City for the purpose of engaging in preliminary settlement discussions

WHEREAS, the Minute Order contemplated that for scheduling reasons it might not be possible for the settlement conference to occur within 30 days of the summary judgment order; however, the parties wanted the Court to be aware of this unavoidable delay.

WHEREAS, the parties wanted to alert the Court that in light of the recent summary judgment order and Abbott's identification of additional patents it intends to assert, the parties are working together to propose a revised litigation schedule for the Court's consideration. The parties anticipate submitting a new proposed schedule to the court within the next ten (10) days.

**STIPULATION**

NOW, THEREFORE, it is hereby stipulated among the parties that:

1.	The parties shall participate in a settlement conference before Magistrate Judge Larson on November 8, 2006.

2.	The parties shall submit a new proposed litigation schedule to the Court within ten (10) days of the date of this Stipulation.

Dated: August 14, 2006                                  Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO
    BURT & PUCILLO**


By:     /s/ Christopher T. Heffelfinger
        CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

R. Scott Palmer
**BERMAN DEVALERIO PEASE TABACCO
    BURT & PUCILLO**
515 North Flager Drive, Suite 1701
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

Richard R. Wiebe
**LAW OFFICE OF RICHARD R. WIEBE**
425 California Street, Suite 2025
San Francisco, CA  94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

**Counsel for Plaintiffs
JOHN DOE 1 and JOHN DOE 2**

Bernard Persky
Hollis Salzman
Michael W. Stocker
**LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, New York  10017-5563
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

|   |   |
|---|---|
| 1 | Joseph Lipofsky |
| 2 | Robert S. Schachter<br>Paul Kleidman |
| 3 | **ZWERLING, SCHACHTER<br>  & ZWERLING, LLP** |
| 4 | 41 Madison Avenue<br>New York, NY  10010 |
| 5 | Telephone: (212) 223-3900<br>Facsimile:  (212) 371-5969 |
| 6 | Dan Drachler<br>**ZWERLING, SCHACHTER<br>  & ZWERLING, LLP** |
| 7 | 1904 Third Avenue, Suite 1030<br>Seattle, WA  98101-1170 |
| 8 | Telephone: 206-223-2053<br>Facsimile:  206-343-9636 |

David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: 617-482-3700
Facsimile:  617-482-3033

**Counsel for Plaintiff Service Employees International Union Health and Welfare Fund**

Dated:  August 14, 2006                  Respectfully submitted,

**WINSTON & STRAWN**

By:     /s/ David J. Doyle
            DAVID J. DOYLE

Thomas C. Mavrakakis
Michael A. Sweet
George C. LombardI
James F. Hurst
David J. Doyle
Samuel S. Park
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: 94150 591-1400

**Attorneys for Defendant
ABBOTT LABORATORIES**

C-04-1511 CW STIPULATION EXTENDING DATE TO CONDUCT SETTLEMENT CONFERENCE AND TO SUBMIT PROPOSED REVISIONS TO LITIGATION SCHEDULE, AND [PROPOSED] ORDER THEREON                                                                                  4

**ORDER**

IT IS SO ORDERED.

Dated: August  22, 2006                    /s/ CLAUDIA WILKEN

                                           _____
                                           United States District Judge