Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermanesq.com
Email: cheffelfinger@bermanesq.com

**Attorneys for Plaintiffs
JOHN DOE 1 AND JOHN DOE 2**

**[ADDITIONAL PLAINTIFFS' COUNSEL
  ON SIGNATURE PAGE]**

Thomas C. Mavrakakis (177927)
Michael A. Sweet (184345)
George C. Lombardi (*Admitted Pro Hac Vice*)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E:mail: msweet@winston.com;
glombardi@winston.com; jhurst@winston.com;
ddoyle@winston.com; spark@winston.com

**Attorneys for Defendant
ABBOTT LABORATORIES**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | No. C-04-1511 CW <br><br> **STIPULATION BY PARTIES PROPOSING MODIFIED LITIGATION SCHEDULE AND ORDER THEREON <mark>AS MODIFIED</mark>** |

**RECITALS**

WHEREAS, pursuant to an earlier Stipulation of the parties dated August 14, 2006, approved by an Order of the Court dated August 22, 2006, the parties were to submit a revised proposed litigation schedule to the Court no later than August 24, 2006.  The parties timely submitted a revised proposed litigation schedule, but were subsequently advised by the Court of changes that had to be made to the proposed schedule;

WHEREAS, the Court has also directed that the proposed schedule include identification of the patent claims asserted by defendant Abbott Laboratories, Inc. in defense of plaintiffs' claims for relief;

WHEREAS, defendant Abbott Laboratories, Inc. has identified the patents and claims on which it relies as follows: claims 1 to 92 of U.S. Patent No. 6,703,403; claims 1 to 18 of U.S. Patent No. 6,037,157; claims 1 to 19 of U.S. Patent No. 5,886,036; and claims 1 to 3 of U.S. Patent No. 5,674,882; and

WHEREAS, the parties have met and conferred and have agreed to the proposed litigation schedule set forth below.

**STIPULATION**

NOW, THEREFORE, it is hereby stipulated among the parties that, subject to approval by the Court, the parties have agreed to the following proposed litigation schedule:

| EVENT | DATE |
| --- | --- |
| Plaintiffs to file Class Certification Motion | October 6, 2006 |
| Abbott to propound written (class) discovery to plaintiffs | October 16, 2006 |
| Settlement Conference (Magistrate Judge Larson) | November 8, 2006 |
| Plaintiffs to provide responses to written discovery | November 10, 2006 |
| Depositions of class representatives begin | November 17, 2006 |
| Plaintiffs to make expert(s), if any, available for deposition on class certification issues no later than | December 15, 2006 |
| Abbott to file Opposition to Class Certification Motion | January 16, 2007 |
| Abbott to make expert(s), if any, available for deposition on | February 8, 2007 |

C-04-1511 CW STIPULATION BY PARTIES PROPOSING MODIFIED LITIGATION
SCHEDULE AND [PROPOSED] ORDER THEREON                                                                                   2

| | | |
|---|---|---|
| 1 | class certification issues no later than | |
| 2 | Plaintiffs to file reply to Class Certification Motion | March 16, 2007 |
| 3 | Suggested hearing date for hearing on Class Certification Motion | March 30, 2007 |
| 4 | | |
| 5 | Case Management conference (following hearing on Class Certification Motion) | March 30, 2007 |
| 6 | Fact discovery cutoff | June 1, 2007 |
| 7 | Expert Disclosure: "Opening" | July 2, 2007 |
| 8 | Expert Disclosure: "Rebuttal" | August 1, 2007 |
| 9 | Complete depositions of experts | August 31, 2007 |
| 10 | Last day to file Abbott's dispositive motions & Abbott's Proposed Claims Construction (contained within one brief) | September 10, 2007 |
| 11 | | |
| 12 | Opposition Brief and Cross-Motion (contained within one brief) | October 19, 2007 |
| 13 | Reply Brief | November 2, 2007 |
| 14 | | |
| 15 | Reply to Cross-Motion | November 9, 2007 |
| 16 | Hearing on Summary Judgment & Claims Construction | November 30, 2007 |
| 17 | Rule 16 Conference | February 29, 2008 |
| 18 | Trial | March 10, 2008 |

19
20   Dated: September 14, 2006              Respectfully submitted,

21                                          **BERMAN DEVALERIO PEASE TABACCO
                                              BURT & PUCILLO**
22

23                                          By:    /s/ Christopher T. Heffelfinger
                                                 CHRISTOPHER T. HEFFELFINGER
24
                                            Joseph J. Tabacco, Jr.
25                                          425 California Street, Suite 2100
                                            San Francisco, CA  94104-2205
26                                          Telephone: (415) 433-3200
                                            Facsimile: (415) 433-6382
27
                                            R. Scott Palmer
28                                          **BERMAN DEVALERIO PEASE TABACCO
                                              BURT & PUCILLO**

C-04-1511 CW STIPULATION BY PARTIES PROPOSING MODIFIED LITIGATION
SCHEDULE AND [PROPOSED] ORDER THEREON                                         3

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

515 North Flager Drive, Suite 1701  
West Palm Beach, FL  33401  
Telephone: (561) 835-9400  
Facsimile: (561) 835-0322  

Richard R. Wiebe  
**LAW OFFICE OF RICHARD R. WIEBE**  
425 California Street, Suite 2025  
San Francisco, CA  94104  
Telephone:  (415) 433-3200  
Facsimile:  (415) 433-6382  

**Counsel for Plaintiffs**  
**JOHN DOE 1 and JOHN DOE 2**  

Bernard Persky  
Hollis Salzman  
Michael W. Stocker  
**LABATON RUDOFF & SUCHAROW LLP**  
100 Park Avenue  
New York, New York  10017-5563  
Telephone:  (212) 907-0700  
Facsimile:  (212) 818-0477  

Joseph Lipofsky  
Robert S. Schachter  
Paul Kleidman  
**ZWERLING, SCHACHTER**  
  **& ZWERLING, LLP**  
41 Madison Avenue  
New York, NY  10010  
Telephone: (212) 223-3900  
Facsimile:  (212) 371-5969  
Dan Drachler  
**ZWERLING, SCHACHTER**  
  **& ZWERLING, LLP**  
1904 Third Avenue, Suite 1030  
Seattle, WA  98101-1170  
Telephone: 206-223-2053  
Facsimile:  206-343-9636  

David S. Nalven  
**HAGENS BERMAN SOBOL SHAPIRO LLP**  
One Main Street, 4th Floor  
Cambridge, MA  02142  
Telephone: 617-482-3700  
Facsimile:  617-482-3033  

**Counsel for Plaintiff Service Employees**  
**International Union Health and Welfare Fund**

| | | |
|---|---|---|
| 1 | Dated: September 14, 2006 | Respectfully submitted, |
| 2 | | **WINSTON & STRAWN** |
| 3 | | |
| 4 | | By: __/s/ David J. Doyle__<br>      DAVID J. DOYLE |
| 5 | | Thomas C. Mavrakakis<br>Michael A. Sweet |
| 6 | | George C. LombardI<br>James F. Hurst |
| 7 | | David J. Doyle<br>Samuel S. Park |
| 8 | | 101 California Street, Suite 3900<br>San Francisco, California 94111-5894 |
| 9 | | Telephone: (415) 591-1000<br>Facsimile: 94150 591-1400 |
| 10 | | |
| 11 | | **Attorneys for Defendant**<br>**ABBOTT LABORATORIES** |
| 12 | | |
| 13 | | **ORDER** |
| 14 | IT IS SO ORDERED. | |
| 15 | Dated: September _22_, 2006 | /s/ CLAUDIA WILKEN |
| 16 | | _____<br>United States District Judge |