UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION,<br><br>This Document Relates to All Actions. | Nos. C04-1511 CW (BZ)<br><br>**FOURTH DISCOVERY ORDER** |

Following a telephonic conference concerning the attached discovery dispute, **IT IS ORDERED** that, in accordance with the views of the Court and the instructions placed on the record, plaintiffs are permitted to depose Mr. Dempsey for one (1) hour.

DATED: May 17, 2007

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\-REFCASE\DISCOVERY\IN RE ABBOTT LABS\DISC4.ORD.wpd

1