1  Joseph J. Tabacco, Jr. (75484)
   Christopher T. Heffelfinger (118058)
2  **BERMAN DEVALERIO PEASE TABACCO
      BURT & PUCILLO**
3  425 California Street, Suite 2100
   San Francisco, CA  94104-2205
4  Telephone: (415) 433-3200
   Facsimile:  (415) 433-6382
5  Email: jtabacco@bermanesq.com
   Email: cheffelfinger@bermanesq.com
6
   **Attorneys for Plaintiffs**
7  **JOHN DOE 1 AND JOHN DOE 2**

8  **[ADDITIONAL PLAINTIFFS' COUNSEL
      ON SIGNATURE PAGE]**
9
   James F. Hurst (*Admitted Pro Hac Vice*)
10 David J. Doyle (*Admitted Pro Hac Vice*)
   Samuel S. Park (*Admitted Pro Hac Vice*)
11 **WINSTON & STRAWN LLP**
   101 California Street, Suite 3900
12 San Francisco, California 94111-5894
   Telephone: (415) 591-1000
13 Facsimile: (415) 591-1400
   E-mail: nnorris@winston.com;
14 jhurst@winston.com; ddoyle@winston.com;
   spark@winston.com
15
   **Attorneys for Defendant**
16 **ABBOTT LABORATORIES**

17
18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | No. C-04-1511 CW<br><br>**STIPULATION BY PARTIES PROPOSING SECOND MODIFIED LITIGATION SCHEDULE AND ORDER THEREON AS MODIFIED** |

27
28

C-04-1511 CW STIPULATION BY PARTIES PROPOSING SECOND MODIFIED
LITIGATION SCHEDULE AND [PROPOSED] ORDER THEREON

**RECITALS**

WHEREAS, pursuant to an earlier Stipulation of the parties dated September 14, 2006, approved by an Order of the Court dated September 22, 2006, the Court approved a modified litigation schedule that had been agreed to by the parties;

WHEREAS, the Court also issued an order on September 25, 2006 adopting the schedule that was the subject of the court-approved stipulation on September 22, 2006;

WHEREAS, the parties agree that both the parties and the Court would benefit from a modest extension of the current schedule so that all discovery may be completed in a thorough and timely manner and, consistent with that agreement, the parties have consented to a modification of the existing schedule subject to court-approval; and

WHEREAS, the following chart shows the existing calendar and compares it with the parties' new proposed calendar:

| EVENT | CURRENT CALENDAR | PROPOSED JUNE 30 TRIAL DATE CALENDAR |
|---|---|---|
| Last Day To File Motions To Compel | 06/18/07 (15 days following June 1, 2007) | 08/31/07 |
| Opening Expert Disclosure and Reports | 07/02/07 | 09/26/07 |
| Rebuttal Expert Disclosure and Reports | 08/01/07 | 10/24/07 |
| Completion of Expert Discovery | 08/31/07 | 11/20/07 |
| Last Day to file Abbott's dispositive motions & brief in support of Abbott's claims construction (1 brief) | 09/10/07 | 01/09/08 |
| Last Day to file Plaintiffs' opposition brief and cross-motion (1 brief) | 10/19/07 | 02/13/08 |
| Last Day to file reply in support of Abbott's dispositive motions/claims construction and opposition to cross-motion | 11/02/07 | 02/25/08 |
| Last Day to file reply in support of Plaintiffs' cross-motion (dispositive motion/claims construction) | 11/09/07 | 03/06/08 |
| Hearing on Summary Judgment and Claims Construction | 11/29/07 10:00 a.m. | 03/20/08 10:00 a.m. |
| Final Pretrial Conference | 02/26/08 2:00 p.m. | 06/17/08 2:00 p.m. |
| Jury Trial | 03/10/08 | 06/30/08 |

C-04-1511 CW STIPULATION BY PARTIES PROPOSING SECOND MODIFIED
LITIGATION SCHEDULE AND [PROPOSED] ORDER THEREON         1

## STIPULATION

NOW, THEREFORE, it is hereby stipulated among the parties that, subject to approval by the Court, the parties agree to the following revised proposed schedule:

| EVENT | REVISED CALENDAR |
|---|---|
| Last Day To File Motions To Compel | 08/31/07 |
| Opening Expert Disclosure and Reports | 09/26/07 |
| Rebuttal Expert Disclosure and Reports | 10/24/07 |
| Completion of Expert Discovery | 11/20/07 |
| Last Day to file Abbott's dispositive motions & brief in support of Abbott's claims construction (1 brief) | 01/09/08 |
| Last Day to file Plaintiffs' opposition brief and cross-motion (1 brief) | 02/13/08 |
| Last Day to file reply in support of Abbott's dispositive motions/claims construction and opposition to cross-motion | 02/25/08 |
| Last Day to file reply in support of Plaintiffs' cross-motion (dispositive motion/claims construction) | 03/06/08 |
| Hearing on Summary Judgment and Claims Construction | 03/20/08 **2:00 p.m.** |
| Final Pretrial Conference | 06/17/08 2:00 p.m. |
| Jury Trial | 06/30/08 |

All other orders governing pretrial preparation remain in effect.

Dated: June ___, 2007                     Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**

By:   /s/ Christopher T. Heffelfinger
          CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

R. Scott Palmer
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
515 North Flager Drive, Suite 1701
West Palm Beach, FL  33401
Telephone: (561) 835-9400
Facsimile: (561) 835-0322

C-04-1511 CW STIPULATION BY PARTIES PROPOSING SECOND MODIFIED LITIGATION SCHEDULE AND [PROPOSED] ORDER THEREON                     2

Richard R. Wiebe
**LAW OFFICE OF RICHARD R. WIEBE**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Counsel for Plaintiffs
JOHN DOE 1 and JOHN DOE 2**

Hollis Salzman
Michael W. Stocker
Greg Asciolla
**LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, New York 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Joseph Lipofsky
Robert S. Schachter
Paul Kleidman
**ZWERLING, SCHACHTER
  & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969
Dan Drachler
**ZWERLING, SCHACHTER
  & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Telephone: 206-223-2053
Facsimile: 206-343-9636

David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: 617-482-3700
Facsimile: 617-482-3033

**Counsel for Plaintiff Service Employees
International Union Health and Welfare Fund**

C-04-1511 CW STIPULATION BY PARTIES PROPOSING SECOND MODIFIED
LITIGATION SCHEDULE AND [PROPOSED] ORDER THEREON                                  3

1 | Dated: June ___, 2007 | Respectfully submitted,

**WINSTON & STRAWN**

By: /s/ David J. Doyle
    DAVID J. DOYLE

James F. Hurst
David J. Doyle
Samuel S. Park
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: 94150 591-1400

**Attorneys for Defendant
ABBOTT LABORATORIES**

**ORDER**

    IT IS SO ORDERED, **EXCEPT THE HEARING ON 3/20/08 WILL BE AT 2:00 P.M.**

Dated: July 2, 2007

    _____
    United States District Judge

C-04-1511 CW STIPULATION BY PARTIES PROPOSING SECOND MODIFIED
LITIGATION SCHEDULE AND [PROPOSED] ORDER THEREON    4