1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE ABBOTT LABS NORVIR      )
     ANTITRUST LITIGATION,         )
12                                 )        No. C04-1511 CW (BZ)
                                   )
13   This Document Relates to All) **FIFTH DISCOVERY ORDER**
     Actions.                      )
14                                 )
                                   )
15                                 )
     _____)
16

17        On August 8, 2007, I held a telephonic conference to

18   discuss the discovery disputes outlined in the parties' August

19   1 and August 3 letters.  All interested parties participated

20   through counsel.  The parties having agreed that no further

21   briefing is required, I will treat defendant Abbott

22   Laboratories's August 1 letter as constituting a motion to

23   compel and a motion to alter export report disclosure dates.

24   On that basis, and for the reasons discussed during the

25   conference, **IT IS HEREBY ORDERED** as follows:

26        1.  On the representation by plaintiffs' counsel that

27   their June 1, 2007 answers to defendant's interrogatories

28   provided all factual information relating to the bases for its

                                    1

1   patent invalidity arguments known by plaintiffs (excluding

2   information developed by plaintiffs' expert) at that time, the

3   motion is **DENIED**.  I understand that it may assist defendant

4   to learn of the information plaintiffs' expert has developed

5   as early as possible, but its remedy was to advance the expert

6   disclosure dates, not to subvert the disclosure process with

7   contention interrogatories.

8        2.  Defendant's motion to order the plaintiffs to submit

9   the initial expert report on the issue of the validity of

10  defendant's patents is **DENIED**.  This does not appear to be a

11  discovery dispute but, rather, a dispute about who has the

12  burden of establishing the invalidity of the patents at trial.

13  While I expressed my views during the conference, I believe

14  that this ultimately needs to be decided by Judge Wilken.

15  Dated: August 8, 2007

16  _____

17                  Bernard Zimmerman
                United States Magistrate Judge

18

19  G:\BZALL\-REFS\DOE V.ABBOTT LABS\DISCOVERY ORDER.5.wpd

20

21

22

23

24

25

26

27

28