Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Richard R. Wiebe (121156)
**LAW OFFICE OF RICHARD R. WIEBE**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200

**Counsel for Plaintiffs John Doe 1 and John Doe 2**

Bernard Persky (BP-1072)
Hollis Salzman (HS-5994)
Michael W. Stocker (179083)
**LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, NY  10017
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

**Counsel for Plaintiff Service Employees
International Union Health and Welfare Fund**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | No. C-04-1511 CW<br><br>**STIPULATION AND ORDER RE: EXTENDING MOTION TO COMPEL DEADLINE AS TO PRIVILEGE ISSUES** |

WHEREAS, under the Court's July 2, 2007 scheduling order, the present deadline for filing motions to compel with respect to fact discovery is August 31, 2007;

WHEREAS, the parties have been meeting and conferring about the propriety of privilege assertions as the basis for withholding or redacting documents responsive to discovery requests;

WHEREAS, the parties require a short extension of time beyond the August 31, 2007

[C-04-1511 CW] STIPULATION AND [PROPOSED] ORDER RE: EXTENDING MOTION TO COMPEL DEADLINE AS TO PRIVILEGE ISSUES                                                                                                                  1

1  motion to compel deadline to complete their meet and confer communications about privilege
2  assertions in order to attempt to eliminate, or at least to substantially narrow, any disputes as to
3  privilege issues that might otherwise require the Court's intervention to resolve;
4      IT IS THEREFORE STIPULATED by and between the parties, acting through their
5  counsel of record, that, subject to the Court's approval, the deadline for filing motions to compel
6  as to privilege assertions is extended from August 31, 2007 to September 14, 2007.

7  Dated: August 31, 2007            Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO
   BURT & PUCILLO**

By:   /s/ Christopher T. Heffelfinger
        CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Richard R. Wiebe
**LAW OFFICE OF RICHARD R. WIEBE**
425 California Street, Suite 2025
San Francisco, CA  94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

**Counsel for Plaintiffs
JOHN DOE 1 and JOHN DOE 2**

**LABATON RUDOFF & SUCHAROW LLP**
Hollis Salzman
Bernard Persky
Michael W. Stocker
100 Park Avenue
New York, New York  10017-5563
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

Joseph Lipofsky
Robert S. Schachter
Paul Kleidman
**ZWERLING, SCHACHTER
   & ZWERLING, LLP**
41 Madison Avenue
New York, NY  10010
Telephone: (212) 223-3900
Facsimile:  (212) 371-5969

[C-04-1511 CW] STIPULATION AND [PROPOSED] ORDER RE: EXTENDING MOTION
TO COMPEL DEADLINE AS TO PRIVILEGE ISSUES                                      2

Dan Drachler
**ZWERLING, SCHACHTER
& ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA  98101-1170
Telephone: 206-223-2053
Facsimile:  206-343-9636

David S. Nalven
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: 617-482-3700
Facsimile:  617-482-3033

**Counsel for Plaintiff Service Employees
International Union Health and Welfare Fund**

### E-Filing Attestation

I, Christopher T. Heffelfinger, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45 X.B., I hereby attest that DAVID J. DOYLE, whose e-filing signature appears below, has concurred in the filing of this document.

Dated:  August 31, 2007                         **WINSTON & STRAWN**


By:   /s/ David J. Doyle
             DAVID J. DOYLE

Thomas C. Mavrakakis
George C. Lombardi
James F. Hurst
David J. Doyle
Samuel S. Park
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: 94150 591-1400

**Attorneys for Defendant
ABBOTT LABORATORIES**

### ORDER

IT IS SO ORDERED.

9/5/07

Dated: _____

_____
HON. CLAUDIA WILKEN

[C-04-1511 CW] STIPULATION AND [PROPOSED] ORDER RE: EXTENDING MOTION
TO COMPEL DEADLINE AS TO PRIVILEGE ISSUES                                              3

UNITED STATES DISTRICT JUDGE