Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

**Counsel for Plaintiffs John Doe 1
and John Doe 2**

Hollis Salzman (HS-5994)
Michael W. Stocker (179083)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

**Counsel for Plaintiff Service Employees
International Union Health and Welfare Fund**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | Case  No. C 04-1511 CW<br><br>**STIPULATION AND ORDER MODIFYING EXPERT DISCOVERY SCHEDULE** |

## RECITALS

WHEREAS, pursuant to an earlier Order of the Court dated August 23, 2007, the Court modified the litigation schedule that had been agreed to by the parties;

WHEREAS, the parties agree that both they and the Court would benefit from a modest extension of the current schedule so that all expert discovery may be completed in a thorough and

1  timely manner and, consistent with that agreement, the parties have consented to a modification of

2  the existing schedule subject to the Court's approval;

3      WHEREAS, Expert Rebuttal Reports were due on October 24, 2007 and

4  the parties hereby request an extension so that they be due on October 31, 2007;

5      WHEREAS, Expert Reply Reports were due on November 7, 2007 and

6  the parties hereby request an extension so that they be due on December 5, 2007; and

7      WHEREAS, Expert discovery was set to close on November 20, 2007 and

8  the parties hereby request an extension so that it be set to close on December 21.

## **STIPULATION**

10      IT IS HEREBY STIPULATED among the parties, subject to the Court's approval, that in

11  accordance with the proposed revised schedule, Expert Rebuttal Reports shall be due on October 31,

12  2007; Expert Reply Reports shall be due on December 5, 2007; and Expert discovery shall close on

13  December 21, 2007.  All other orders governing the pretrial schedule remain in effect.

14

15      Dated: October 16, 2007        LABATON SUCHAROW LLP

16

17

18                                By:    /s/ Hollis L. Salzman
                                        Hollis L. Salzman

19                                Attorneys for Plaintiff
20                                Service Employees International Union Health
                              and Welfare Fund

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated: October 16, 2007 | BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO |

By:  /s/ Christopher T. Heffelfinger
     Christopher T. Heffelfinger
Attorneys for Plaintiffs
John Doe 1 and John Doe 2

Dated: October 16, 2007          WINSTON & STRAWN LLP

By:  /s/ James F. Hurst
     James F. Hurst
Attorneys for Defendant
Abbott Laboratories

# ORDER

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

Dated: 10/25/07

_____
Judge Claudia Wilken
United States District Court
Northern District of California