**FILED**

NOV - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITigation
_____/

No. C 04-1511 CW

ORDER CONCERNING CASE MANAGEMENT CONFERENCE IN RELATED CASE NO. 07-5470

On this date, the Court scheduled an initial case management conference in the related case of Safeway v. Abbott Laboratories, Case No. 07-5470, for December 11, 2007 at 2:00 p.m. Because of the possibility that the present case will be consolidated with the Safeway case, counsel for the parties in the present case are ordered to attend, either in person or telephonically, the initial case management conference in Safeway.

IT IS SO ORDERED.

Dated: NOV - 9 2007

CLAUDIA WILKEN
United States District Judge