Nicole M. Norris (SBN 222785)
James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:    415-591-1000
Facsimile:     415-591-1400
Email:  nnorris@winston.com; jhurst@winston.com;
ddoyle@winston.com; spark@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | Case No. C-04-1511 CW and C-04-4203 CW<br>ORDER GRANTING AS MODIFIED **STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO ESTOP**<br><br>DATE: December 20, 2007<br>TIME:  2:00 p.m.<br>DEPT:  The Honorable Judge Wilken |

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO ESTOP
Case Nos. C-04-1511 CW and C-04-4203 CW

SF:189955.2

1  WHEREAS on November 15, 2007 Plaintiffs filed their Motion to Estop Defendant Abbott From Changing Asserted Date Of Invention Of The '036 Patent For Purposes Of Summary Judgment And Trial against Defendant Abbott Laboratories;

WHEREAS Abbott's Opposition Brief of up to 25 pages is currently due on November 29, 2007, Plaintiffs' Reply Brief of up to 15 pages is currently due on December 6, 2007 and hearing on the same is set for December 20, 2007; and

WHEREAS Abbott seeks and Plaintiffs consent to a two day extension for Abbott to file its Opposition Brief;

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiffs and Abbott that Abbott's Opposition Brief of up to 11 pages may be filed on December 3, 2007 and Plaintiffs' Reply Brief of up to 7 pages may be filed on December 10, 2007. The parties both voluntarily agree to limit the length of their briefs to 11 pages (opposition) and 7 pages (reply) in recognition of their departure from the time lines set forth in Local Rule 7-3. Nothing herein shall change or otherwise affect any dates currently set per the Court's calendar with regard to Plaintiff's Motion to Estop, including the hearing on December 20, 2007.

Dated: ___November 29, 2007___   By: ___/s/ Christopher T. Heffelfinger___
Christopher T. Heffelfinger
BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
Counsel for Plaintiffs

Dated: ___November 29, 2007___   By: ___/s/ Nicole N. Norris___
Nicole N. Norris
WINSTON & STRAWN LLP
Counsel for Defendant

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED** , **EXCEPT THAT REPLY BRIEF MUST BE FILED BY DECEMBER 7, 2007, AT 4:00 PM OR THE HEARING VACATED OR CONTINUED.**

Dated: ___11/30/07___   By: ___[signature]___
The Honorable Claudia Wilken
United States District Court
Northern District of California

1
STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO ESTOP
Case Nos. C-04-1511 CW and C-04-4203 CW

SF:189955.2

WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5894

**GENERAL ORDER 45 ATTESTATION**

I, Nicole N. Norris, am the ECF User whose ID and password was used to file this Stipulation to Extend Defendant's Time to Respond to Plaintiff's Motion to Estop.  In compliance with General Order 45, X.B., I hereby attest that Christopher T. Heffelfinger, counsel for Plaintiffs, concurred in this filing.

Dated:   November 29, 2007            By:  /s/ Nicole N. Norris
                                           Nicole N. Norris
                                           WINSTON & STRAWN LLP
                                           Counsel for Defendant

**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA  94111-5894