

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me. .

C 04-01511 CW        Doe 1 et al v. Abbott Laboratories

C 07-6118 JSW        Louisiana  Wholesale Drug Co.  v. Abbott Laboratories

I find that the above case is related to the case assigned to me.

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge (**"CW"**)  immediately after the case number.  **The case management conference is rescheduled to December 11, 2007, at 2:00 p.m. to coincide with the case management conference in Case Nos. 04-1511, 07-5470, 07-5702, 07-5985, 07-6010 and 07-6120.  The parties shall meet and confer, to the extent practicable, regarding a discovery plan prior to the case management conference.  The discovery plan shall take into account the possible consolidation of this case with Case Nos. 1511, 07-5470, 07-5702, 07-5985, 07-6010 and 07-6120.  At the case management conference, the parties shall propose alternative dates to those currently contained in the Order Setting Initial Case Management Conference and ADR Deadlines**

Dated: __DEC 1 0 2007__

Judge Claudia Wilken

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

Richard W. Wieking, Clerk

DATED: 12/10/07

By: _____
Deputy Clerk

Copies to: Courtroom Deputies
Case Systems Administrators
Counsel of Record
Entered into Assignment Program: _____ (date)