Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO
 BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermanesq.com
Email: cheffelfinger@bermanesq.com

**Attorneys for Plaintiffs
JOHN DOE 1 AND JOHN DOE 2**

**[ADDITIONAL PLAINTIFFS' COUNSEL
 ON SIGNATURE PAGE]**

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-mail: nnorris@winston.com;
jhurst@winston.com; ddoyle@winston.com;
spark@winston.com

**Attorneys for Defendant
ABBOTT LABORATORIES**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | No. C-04-1511 CW<br><br>**STIPULATION BY PARTIES PROPOSING THIRD MODIFIED LITIGATION SCHEDULE AND ORDER THEREON AS MODIFIED** |

## RECITALS

WHEREAS, pursuant to an earlier Stipulation of the parties dated September 14, 2006, approved by an Order of the Court dated September 22, 2006, the Court approved a modified litigation schedule that had been agreed to by the parties;

WHEREAS, the Court also issued an order on September 25, 2006 adopting the schedule that was the subject of the court-approved stipulation on September 22, 2006;

WHEREAS, on July 2, 2007, the Court approved a second modified litigation schedule;

WHEREAS, on December 13, 2007, the Court issued an order denying plaintiffs' motion to estop defendant from asserting an invention date other than December 2, 1993, but, as part of that order, the Court stated that it would give Plaintiffs an opportunity to respond to the invention date of December 29, 1992 asserted by Abbott for its '036 patent and asked the parties to propose a new schedule that would give them an adequate opportunity to complete expert discovery before initiating the dispositive motion process;

WHEREAS, Plaintiffs have informed Defendant that they need additional time to perform patent-related research concerning the December 29, 1992 invention date for the '036 patent for the purpose of preparing a supplemental expert report;

WHEREAS, Plaintiffs have informed Defendant that because of Dr. Paul Volberding's extremely busy schedule, including overseas travel, Plaintiffs need until February 4, 2008 to complete his supplemental expert report;

WHEREAS, because Dr. Volberding is presently overseas and unavailable for consultation concerning his schedule, the parties have agreed that, following completion of his supplemental expert report, they promptly will confer with each other concerning the supplemental expert report and discuss the necessity of conducting a further deposition of Dr. Volberding, as well as a schedule for conducting such deposition, and, if no such agreement can be reached, then the matter may be submitted to the Court on an expedited basis for its determination.

1   WHEREAS, the parties anticipate resolving certain issues relating to the form of Class
2   Notice and are hopeful that this may be done by stipulation, and to that end seek to continue the
3   hearing presently scheduled for January 10, 2008 to January 31, 2008;

4   WHEREAS, the parties agree that a modest extension of the trial date is necessary to
5   complete the aforementioned expert discovery – which will be limited to a prior art search relating
6   to the '036 patent – and the parties have expressed to each other that it is in their respective
7   interests that a trial in this matter be concluded in 2008.

8   WHEREAS, Defendant has agreed that it will not raise an objection if Plaintiffs seek an
9   order from the Court requesting permission to file an amicus brief on February 14, 2007 in
10  connection with the motion to dismiss in the related cases addressing the Ninth Circuit's decision
11  in *Cascade Solutions v. Peacehealth, et al.*, 502 F.3d 895 (9th Cir. 2007).

12  WHEREAS, the following chart is provided to the Court for ease of reference in
13  comparing the events now being proposed (Column 1), the Related Case Calendar (Column 2),
14  the Current Calendar (Column 3), and the new SEIU/Doe Proposed Revised Schedule (Column
15  4):

| 1<br>EVENT<br>(Includes Proposed New & Modified Events) | 2<br>*RELATED PARTY CALENDAR* | 3<br>SEIU/DOE CURRENT MOTION/TRIAL DATE CALENDAR | 4<br>SEIU/DOE PROPOSED REVISED SCHEDULE |
|---|---|---|---|
| | *January 11, 2008*<br><br>*Consolidated amended complaint* | | |
| **Last Day for Abbott's Opposition (Response) to Plaintiffs' Motion for Order Approving Proposed Notice of Class Certification** | | 01/20/07 | **01/10/08** |
| **Last Day for Plaintiffs' Reply in support of Proposed Notice of Class Certification** | | 01/27/07 | **01/17/08** |
| **Hearing on Motion For Proposed Notice of Class Certification** | | 01/10/08 | **01/31/08** |
| | *January 31, 2008*<br><br>*Motion to Dismiss* | | |
| **Plaintiffs Supplemental Expert Report** | | | **02/04/08** |

| 1<br>EVENT<br>(Includes Proposed New & Modified Events) | 2<br>*RELATED PARTY CALENDAR* | 3<br>SEIU/DOE CURRENT MOTION/TRIAL DATE CALENDAR | 4<br>SEIU/DOE PROPOSED REVISED SCHEDULE |
|---|---|---|---|
| **Last day to File Abbott's Dispositive Motions and brief in support of claims construction (1 Brief)** | | 01/09/08 | **02/13/08** |
| **Last Day to file Plaintiffs' opposition brief and cross-motion (1 brief)** | | 02/13/08 | **03/18/08** |
| | *February 14, 2007*<br><br>*Opposition to Motion To Dismiss* | | |
| | *February 21, 2008*<br><br>*Reply ISO Motion To Dismiss* | | |
| **Last Day to file reply in support of Abbott's dispositive motion/claims construction and opposition to cross-motion** | | 02/25/08 | **03/31/08** |
| **Last Day to file reply in support of Plaintiffs' cross-motion (dispositive motion/claims construction)** | | 03/06/08 | **04/10/08** |
| | *March 6, 2008*<br><br>*Hearing On Motion To Dismiss* | | |
| **Hearing on Summary Judgment and Claims Construction** | | 03/20/08<br>2:00 p.m. | **04/24/08**<br>**2:00 p.m.** |
| **Final Pretrial Conference** | | 06/17/08<br>2:00 p.m. | **07/22/08**<br>**2:00 p.m.** |
| **Jury Trial** | | 06/30/08 | **08/04/08** |
| | *July 3, 2008*<br><br>*Hearing on Class Certification* | | |
| | *October 31, 2008*<br><br>*Fact Discovery Cutoff* | | |
| | *March 31, 2008*<br><br>*Expert Discovery Cutoff* | | |

| 1<br>EVENT<br>(Includes Proposed New & Modified Events) | 2<br>*RELATED PARTY CALENDAR* | 3<br>SEIU/DOE CURRENT MOTION/TRIAL DATE CALENDAR | 4<br>SEIU/DOE PROPOSED REVISED SCHEDULE |
|---|---|---|---|
| | *January 11, 2010*<br><br>*Trial* | | |

## **STIPULATION**

NOW, THEREFORE, it is hereby stipulated among the parties that, subject to approval by the Court, the parties agree to the following revised proposed schedule:

| EVENT | REVISED CALENDAR |
|---|---|
| **Last Day for Abbott's Response to Plaintiffs' Motion for Order Approving Proposed Notice of Class Certification** | 01/10/08 |
| **Last Day for Plaintiffs' Reply in support of Proposed Notice of Class Certification** | 01/17/08 |
| **Hearing on Motion For Proposed Notice of Class Certification** | 01/31/08 |
| **Plaintiffs Supplemental Expert Report** | 02/04/08 |
| **Last day to File Abbott's Dispositive Motions and brief in support of Proposed claims construction (1 Brief)** | 02/13/08 |
| **Last Day to file Plaintiffs' opposition brief and cross-motion (1 brief)** | 03/18/08 |
| **Last Day to file reply in support of Abbott's dispositive motion/claims construction and opposition to cross-motion** | 03/31/08 |
| **Last Day to file reply in support of Plaintiffs' cross-motion (dispositive motion/claims construction)** | 04/10/08 |
| **Hearing on Summary Judgment and Claims Construction** | 04/24/08<br>2:00 p.m. |
| **Final Pretrial Conference** | 08/05/08<br>2:00 p.m. |
| **Jury Trial** | 08/18/08 |

All other orders governing pretrial preparation remain in effect.

Dated: December 20, 2007  Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO
   BURT & PUCILLO**


By: /s/ Christopher T. Heffelfinger
   CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Richard R. Wiebe
**LAW OFFICE OF RICHARD R. WIEBE**
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Counsel for Plaintiffs
JOHN DOE 1 and JOHN DOE 2**

Hollis Salzman
Michael W. Stocker
Greg Asciolla
**LABATON RUDOFF & SUCHAROW LLP**
100 Park Avenue
New York, New York 10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

Joseph Lipofsky
Robert S. Schachter
Paul Kleidman
**ZWERLING, SCHACHTER
   & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

Dan Drachler
**ZWERLING, SCHACHTER
   & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101-1170
Telephone: 206-223-2053
Facsimile: 206-343-9636

| | |
|---|---|
| | David S. Nalven<br>**HAGENS BERMAN SOBOL SHAPIRO LLP**<br>One Main Street, 4th Floor<br>Cambridge, MA 02142<br>Telephone: 617-482-3700<br>Facsimile: 617-482-3033 |
| | **Counsel for Plaintiff Service Employees**<br>**International Union Health and Welfare Fund** |
| Dated: December 20, 2007 | Respectfully submitted,<br>**WINSTON & STRAWN**<br><br>By:   /s/ David J. Doyle<br>       DAVID J. DOYLE<br><br>James F. Hurst<br>David J. Doyle<br>Samuel S. Park<br>101 California Street, Suite 3900<br>San Francisco, California 94111-5894<br>Telephone: (415) 591-1000<br>Facsimile: 94150 591-1400<br><br>**Attorneys for Defendant**<br>ABBOTT LABORATORIES |

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/21/07

_____
United States District Judge

C-04-1511 CW STIPULATION BY PARTIES PROPOSING THIRD MODIFIED
LITIGATION SCHEDULE AND [PROPOSED] ORDER THEREON                                      6