Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
**BERMAN DEVALERIO PEASE TABACCO
  BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermanesq.com
Email: cheffelfinger@bermanesq.com

**Attorneys for Plaintiffs
JOHN DOE 1 AND JOHN DOE 2**

**[ADDITIONAL PLAINTIFFS' COUNSEL
  ON SIGNATURE PAGE]**

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
**WINSTON & STRAWN LLP**
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
E-mail: jhurst@winston.com; ddoyle@winston.com; spark@winston.com

**Attorneys for Defendant
ABBOTT LABORATORIES**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION. | **Case No. C-04-1511 CW**<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR AN ORDER APPROVING THE PROPOSED NOTICE OF CLASS CERTIFICATION**<br><br>Date: January 31, 2008<br>Time: 2 p.m.<br>Courtroom 2 (4th Floor)<br><br>The Honorable Judge Wilken |

WHEREAS, on November 21, 2007, Plaintiffs filed their Motion for an Order Approving the Proposed Notice of Class Certification;

WHEREAS, Abbott's Response Brief was due on January 10, 2008; and

WHEREAS, Abbott sought and Plaintiffs consented on January 10, 2008 to a one-day extension for Abbott, subject to Court approval, to file its Response Brief.

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiffs and Abbott that Abbott's Opposition Brief may be filed on January 11, 2008. Nothing herein shall change or otherwise affect the due date for Plaintiffs' Reply brief or the duties currently set per the Court's calendar with regard to Plaintiffs' Motion for an Order Approving the Proposed Notice of Class Certification, including the hearing scheduled for January 31, 2008.

Dated: January 11, 2008                    Respectfully submitted,

Dated: January 11, 2008

By: __/s/ David J. Doyle_____
David J. Doyle
ddoyle@winston.com
WINSTON & STRAWN LLP
Counsel for Defendant

Dated: January 11, 2008

By: __/s/ Christopher T. Heffelfinger___
Christopher T. Heffelfinger
cheffelfinger@bermanesq.com
BERMAN DEVALERIO PEASE
TABACCO BURT & PUCILLO
Co-Counsel for Plaintiffs

Hollis L. Salzman
Michael W. Stocker
Kellie Safar Lerner
LABATON SUCHAROW LLP
Co-Counsel for Plaintiffs

IT IS SO ORDERED.

Dated: January 14, 2008



_____
United States District Judge

**GENERAL ORDER 45 ATTESTATION**

I, David J. Doyle, am the ECF User whose ID and password was used to file this STIPULATION TO EXTEND TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR AN ORDER APPROVING THE PROPOSED NOTICE OF CLASS CERTIFICATION. In compliance with General Order 45, X.B., I hereby attest that Christopher T. Heffelfinger, counsel for Plaintiffs, concurred in this filing.

Dated: January 11, 2008

By: /s/ David J. Doyle
David J. Doyle
WINSTON & STRAWN LLP
Counsel for Defendant