...
...

Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
James C. Magid (233043)
**BERMAN DEVALERIO PEASE TABACCO**
  **BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Co-Lead Counsel for Plaintiffs John Doe 1 and Individual Class Members, Counsel for Plaintiff John Doe 2**

Hollis Salzman (HS-5994)
Michael W. Stocker (179083)
Kellie Safar Lerner (KL-0927
**LABATON SUCHAROW LLP**
100 Park Avenue
New York, NY  10017
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

**Co-Lead Counsel for Plaintiff Service Employees International Union Health and Welfare Fund and Institutional Class Members**

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | ) No. C-04-1511 CW<br>)<br>) **STIPULATION AND ORDER RE:**<br>) **CONTINUING HEARING ON SUMMARY**<br>) **JUDGMENT MOTION AND CROSS-**<br>) **SUMMARY JUDGMENT MOTION TO**<br>) **MAY 1, 2008**<br>) |

WHEREAS, a hearing on Defendant Abbott's motion for Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment is presently scheduled for hearing on April 24, 2008;

WHEREAS, a scheduling conflict has arisen for counsel for Defendant necessitating a

1  request that the hearings be continued;

2  WHEREAS, following consultations among counsel for the parties, but subject to
3  approval by the Court, counsel for Plaintiffs have agreed to the requested continuance on the
4  hearing on Defendant's Motion for Summary Judgment and Plaintiffs' Cross-Motion for
5  Summary Judgment for one week until Thursday, May 1, 2008 at 2:00 p.m. providing such
6  continuance does not modify the existing trial date in this case.

7  IT IS THEREFORE STIPULATED by and between the parties, acting through their
8  counsel of record, that, subject to the Court's approval, the hearing on Defendant's Motion for
9  Summary Judgment and Plaintiffs' Cross-Motion for Summary Judgment is continued for one
10 week from April 24, 2008, to May 1, 2008, at 2:00 p.m.

Dated: April 18, 2008                          Respectfully submitted,

**BERMAN DEVALERIO PEASE TABACCO
 BURT & PUCILLO**

By:    /s/ Christopher T. Heffelfinger
       CHRISTOPHER T. HEFFELFINGER

Joseph J. Tabacco, Jr.
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Richard R. Wiebe
**LAW OFFICE OF RICHARD R. WIEBE**
425 California Street, Suite 2025
San Francisco, CA  94104
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

**Counsel for Plaintiffs
JOHN DOE 1 and JOHN DOE 2**

Hollis Salzman
Michael W. Stocker
Kellie Safar Lerner
**LABATON SUCHAROW LLP**
100 Park Avenue
New York, New York  10017-5563
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

[C-04-1511 CW] STIPULATION AND [PROPOSED] ORDER RE: CONTINUING HEARING
ON SUMMARY JUDGMENT MOTION AND CROSS-SUMMARY JUDGMENT MOTION
TO MAY 1, 2008                                                                      2

Joseph Lipofsky
Robert S. Schachter
Paul Kleidman
**ZWERLING, SCHACHTER
  & ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Telephone: (212) 223-3900
Facsimile: (212) 371-5969

David S. Nalven
Debra A. Gaw
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: 617-482-3700
Facsimile: 617-482-3033

**Counsel for Plaintiff Service Employees
International Union Health and Welfare Fund**

**E-Filing Attestation**

    I, Christopher T. Heffelfinger, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45 X.B., I hereby attest that DAVID J. DOYLE, whose e-filing signature appears below, has concurred in the filing of this document.

Dated: April 18, 2008               **WINSTON & STRAWN**


By:   /s/ David J. Doyle
           DAVID J. DOYLE

James F. Hurst
David J. Doyle
Samuel S. Park
101 California Street, Suite 3900
San Francisco, California 94111-5894
Telephone: (415) 591-1000
Facsimile: 94150 591-1400

**Attorneys for Defendant
ABBOTT LABORATORIES**

[C-04-1511 CW] STIPULATION AND [PROPOSED] ORDER RE: CONTINUING HEARING ON SUMMARY JUDGMENT MOTION AND CROSS-SUMMARY JUDGMENT MOTION TO MAY 1, 2008                                                                                              3

1  **<u>ORDER</u>**

2  It is ordered that the hearing on Defendant's Motion for Summary Judgment and Plaintiffs'
3  Cross-Summary Judgment is continued from April 24, 2008 to May 1, 2008, at 2:00 p.m.

4     4/22/08

5  Dated: _____

              _/s/ Claudia Wilken_____
6
              HON. CLAUDIA WILKEN
7                UNITED STATES DISTRICT JUDGE

[C-04-1511 CW] STIPULATION AND [PROPOSED] ORDER RE: CONTINUING HEARING ON SUMMARY JUDGMENT MOTION AND CROSS-SUMMARY JUDGMENT MOTION TO MAY 1, 2008                              4