Nicole M. Norris (SBN 222785)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone: 415-591-1000
Facsimile: 415-591-1400
Email: nnorris@winston.com

James F. Hurst (*Admitted Pro Hac Vice*)
David J. Doyle (*Admitted Pro Hac Vice*)
Samuel S. Park (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: 312-558-5600
Facsimile: 312-558-5700
Email: jhurst@winston.com; ddoyle@winston.com;
spark@winston.com

Charles B. Klein (*Admitted Pro Hac Vice*)
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. 20007
Telephone: 202-282-5000
Facsimile: 202-282-5100
Email: cklein@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABS NORVIR ANTITRUST LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. C-04-1511 CW**<br><br>**JOINT STIPULATION AND ORDER FOR TWO DAY EXTENSION TO FILE RESPONSE TO AMICI'S RULE 7-11 MOTION TO FILE AMICI CURIAE BRIEF (DOCKET NO. 504)** |

WHEREAS Meijer, Inc., Meijer Distribution, Inc., Rochester Drug Co-operative, Inc., and Louisiana Wholesale Drug Company, Inc. ("Amici") filed a Motion to File Amici Curiae Brief, Docket No. 504, with this Court on May 13, 2008;

WHEREAS Abbott did not receive Amici's delivery of their proposed Amici Curiae Brief on

1  the same date;

2  WHEREAS under Rule 7-11(b), Abbott currently is required to file a response to the Motion

3  (Docket No. 504) on May 16, 2008;

4  WHEREAS the Amici and Abbott agree that Abbott should be granted two additional days to

5  respond to Amici's Motion;

6  WHEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between the

7  undersigned counsel for Amici and for Abbott that the time for Abbott to respond to Amici's Rule 7-

8  11 motion shall be extended to May 20, 2008.

9  Dated: May 16, 2008                                    Respectfully submitted,

10

11

By:   /s/ Charles B. Klein *for*          By:   /s/ Charles B. Klein
12    Daniel Berger                              Charles B. Klein
      Eric L. Cramer                             WINSTON & STRAWN LLP
13    BERGER & MONTAGUE, P.C.                     1700 K Street, NW
      1622 Locust Street                         Washington, DC 20006
14    Philadelphia, PA 19103                      Telephone Number:   (202) 282-5000
      Telephone: (215) 875-3000                   Facsimile Number:    (202) 282-5100
15    Facsimile: (215) 875-4604                    Email: cklein@winston.com
16    Email: danberger@bm.net

17    *Counsel for Plaintiff*                      *Attorney for Defendant*
      *Rochester Drug Cooperative, Inc.*          *Abbott Laboratories*
18

19

20  By:   /s/ Charles B. Klein *for*        By:   /s/ Charles B. Klein *for*
      Bruce E. Gerstein                            Linda P. Nussbaum
21    Noah H. Silverman                            John D. Radice
      GARWIN GERSTEIN & FISHER, LLP                KAPLAN FOX & KILSHEIMER, LLP
22    1501 Broadway, Suite 1416                    850 Third Avenue, 14th Floor
      New York, NY 10036                           New York, NY 10022
23    Telephone: (212) 398-0055                    Telephone: (212) 687-1980
      Facsimile: (212) 764-6620                    Facsimile: (212) 687-7714
24    Email: bgerstein@garwingerstein.com          Email: lnussbaum@kaplanfox.com

25    *Counsel for Plaintiff Louisiana*            *Counsel for Plaintiffs Meijer, Inc. and*
26    *Wholesale Drug Co., Inc.*                   *Meijer Distribution, Inc.*

27

28

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED**

5/16/08

Dated: _____

By. _____

    The Honorable Claudia Wilken
United States District Court
Northern District of California

**Winston & Strawn LLP**
**35 W. Wacker Drive**
**Chicago, IL 60601-9703**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER 45 ATTESTATION**

I, Charles B. Klein, am the ECF User whose ID and password was used to file this Stipulation and [Proposed] Order on Amici's Motion To File A Amici Curiae Brief.  In compliance with General Order 45, X.B., I hereby attest that Daniel Berger, Bruce E. Gerstein, Linda P. Nussbaum, and Andrew Aubertine, counsel for Amici, concurred in this filing.

Dated:  May 16, 2008

By:   /s/ Charles B. Klein
Charles B. Klein
WINSTON & STRAWN LLP
Counsel for Defendant

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703