1

2   COUNSEL LISTED ON SIGNATURE PAGE

3

4

5

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                  **NORTHERN DISTRICT OF CALIFORNIA**

11                        **OAKLAND DIVISION**

12

IN RE ABBOTT LABORATORIES )    No. C-04-1511 CW
13  NORVIR ANTITRUST LITIGATION )

)    **STIPULATION AND ORDER RE:**
14                                )    **EXTENDING DEADLINE FOR**
)    **PARTIES TO FILE THEIR**
15                                )    **OPPOSITION TO MOTIONS IN**
)    **LIMINE**
16                                )
)    Pretrial Conference: August 5, 2008
17                                )    Trial Date: August 18, 2008
)    Court: Courtroom 2, 4th Floor
18                                )    Before: Honorable Claudia Wilken

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DEADLINE
FOR PARTIES TO FILE THEIR OPPOSITION TO MOTIONS IN LIMINE
CASE No. C-04-1511-CW

1   WHEREAS, under the Court's July 23, 2008 Order Regarding Pre-Trial Submissions and

2   Deadlines, the present deadline for the parties to file their respective oppositions to each others'

3   motions *in limine* and *Daubert* motions is July 29, 2008;

4   WHEREAS, the parties filed a stipulation on July 29, 2008 to extend that deadline by one

5   day;

6   WHEREAS, the parties have reached an agreement in principle of the material terms of the

7   settlement and the parties currently are working on a formal settlement agreement that may obviate

8   the need to file the opposition briefs;

9   WHEREAS, the parties require an adjournment of the response date to file the opposition

10   briefs;

11   IT IS THEREFORE STIPULATED by and between the parties, acting through their counsel

12   of record, that, the response date for the parties' opposition to motions *in limine* and opposition to

13   *Daubert* motions is adjourned.  The parties will discuss with the Court, at the next opportunity,

14   whether any additional action with respect to these motions is necessary.

15   SO STIPULATED.

16                                                          Respectfully submitted,

17

18

19   Dated: July 30, 2008

                                                      By:       /s/   James F. Hurst
20                                                              James F. Hurst
                                                               jhurst@winston.com
21                                                             WINSTON & STRAWN LLP

22                                                             Jeffrey I. Weinberger
23                                                             jeffrey.weinberger@mto.com
                                                               MUNGER, TOLLES & OLSON
24                                          LLP

25                                                             Counsel for Defendant
                                                               Abbott Laboratories
26

27

28

---

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DEADLINE
FOR PARTIES TO FILE THEIR OPPOSITION TO MOTIONS IN LIMINE
CASE NO. C-04-1511-CW

1

1

2     Dated:  July 30, 2008                                      By:   /s/ Christopher T. Heffelfinger

3                                                                        Christopher T. Heffelfinger
                                                                        cheffelfinger@bermanesq.com
4                                                                        BERMAN DEVALERIO PEASE
                                                                        TABACCO BURT & PUCILLO
5                                                                        Co-Counsel for Plaintiffs

6
                                                                        Hollis L. Salzman
7                                                                        Michael W. Stocker
                                                                        Kellie Safar Lerner
8                                                                        LABATON SUCHAROW LLP
                                                                        Co-Counsel for Plaintiffs
9

10

11          IT IS SO ORDERED.

12          Dated: July _31_, 2008

13

14          _____

15               Honorable Claudia Wilken
                 United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

1

**GENERAL ORDER 45 ATTESTATION**

2   I, James F. Hurst, am the ECF User whose ID and password was used to file this STIPULATION

3   AND [PROPOSED] ORDER RE: EXTENDING DEADLINE FOR PARTIES TO FILE THEIR

4   OPPOSITION TO MOTIONS IN LIMINE.  In compliance with General Order 45, X.B., I hereby

5   attest that Christopher T. Heffelfinger, counsel for Plaintiffs, concurred in this filing.

6

7

8         Dated:  July 30, 2008

                                                    By:  ⟋s/ James F. Hurst

9                                                        James F. Hurst
                                                        WINSTON & STRAWN LLP
10                                                       Counsel for Defendant

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DEADLINE
FOR PARTIES TO FILE THEIR OPPOSITION TO MOTIONS IN LIMINE
CASE NO. C-04-1511-CW

3