Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
James C. Magid (233043)
**BERMAN DEVALERIO PEASE TABACCO**
  **BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

**Co-Lead Class Counsel and Counsel for Plaintiffs
John Doe 1, John Doe 2 and Individual Class Members,**

Hollis Salzman (HS-5994)
Michael W. Stocker (179083)
Kellie Safar Lerner (KL-0927)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477

**Co-Lead Class Counsel and Counsel for Plaintiff Service
Employees International Union Health and Welfare Fund
and Institutional Class Members**

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | No. C-04-1511 CW  **STIPULATION AND [PROPOSED] ORDER RE: EXTENDING DEADLINE FOR PARTIES TO FILE THEIR OPPOSITION TO MOTIONS IN LIMINE BY ONE DAY**  Pretrial Conference: August 5, 2008 Trial Date: August 18, 2008 Court: Courtroom 2, 4th Floor Before: Honorable Claudia Wilken |

1  WHEREAS, under the Court's July 23, 2008 Order Regarding Pre-Trial Submissions and Deadlines the present deadline for the parties to file their respective oppositions to each others' motions *in limine* and *Daubert* motions is July 29, 2008;

WHEREAS, the parties require a one day extension of time in order to complete and file their oppositions to each others' motions *in limine* and *Daubert* motions;

IT IS THEREFORE STIPULATED by and between the parties, acting through their counsel of record, that, subject to the Court's approval, the deadline for the parties to file their oppositions to each others' motions *in limine* and *Daubert* motions is extended from July 29, 2008, to July 30, 2008.

SO STIPULATED.

Dated:  July 29, 2008

| | |
|---|---|
| **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO** | **LABATON SUCHAROW LLP** |
| By:   /s/ Christopher T. Heffelfinger<br>       CHRISTOPHER T. HEFFELFINGER | By:   /s/ Hollis Salzman<br>       HOLLIS SALZMAN |
| Joseph J. Tabacco, Jr. (75484)<br>James C. Magid  (233043)<br>425 California Street, Suite 2100<br>San Francisco, CA  94104-2205<br>Telephone: (415) 433-3200<br>Facsimile:  (415) 433-6382 | Michael W. Stocker (179083)<br>Kellie Lerner (KL-0927)<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0700<br>Facsimile:  (212) 818-0477 |
| **Co-Lead Class Counsel and Counsel for Plaintiffs John Doe 1, John Doe 2 and Individual Class Members** | **Co-Lead Class Counsel and Counsel for Plaintiff Service Employees International Union Health and Welfare Fund and Institutional Class Members** |
| Richard R. Wiebe<br>**LAW OFFICE OF RICHARD R. WIEBE**<br>425 California Street, Suite 2025<br>San Francisco, CA  94104<br>Telephone:  (415) 433-3200<br>Facsimile:  (415) 433-6382 | Joseph Lipofsky<br>Robert S. Schachter<br>Paul Kleidman<br>**ZWERLING, SCHACHTER & ZWERLING, LLP**<br>41 Madison Avenue<br>New York, NY 10010<br>Telephone: (212) 223-3900<br>Facsimile:  (212) 371-5969 |
| **Counsel for Plaintiffs John Doe 1, John Doe 2, and Individual Class Members** | **Counsel for Plaintiff Service Employees International Union Health and Welfare Fund** |

STIP. AND [PROP] ORDER RE EXTENDING DEADLINE FOR PARTIES TO FILE THEIR OPPOSITION TO MOTIONS *IN LIMINE* BY ONE DAY
CASE NO. C-04-1511-CW

1

David S. Nalven
Debra A. Gaw
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3033

**Counsel for Plaintiff Service Employees International Union Health and Welfare Fund**

## E-FILING SIGNATURE ATTESTATION

I, Christopher T. Heffelfinger, am the ECF User whose ID and password was used to file this Stipulation And [Proposed] Order Re: Extending Deadline For Parties To File Their Opposition To Motions In Limine By One Day. In compliance with General Order 45 ¶ X.B., I hereby attest that Stephanie S. McCallum, counsel for Abbott, concurred in this filing.

Dated:  July 29, 2008                                    **WINSTON & STRAWN**

                                        By: ___/s/ Stephanie S. McCallum_____
                                            STEPHANIE S. MCCALLUM

                                        James F. Hurst
                                        David J. Doyle
                                        Samuel S. Park
                                        Stephanie S. McCallum
                                        101 California Street, Suite 3900
                                        San Francisco, California 94111-5894
                                        Telephone: (415) 591-1000
                                        Facsimile: (415) 591-1400

                                        **Attorneys for Defendant
                                        ABBOTT LABORATORIES**

                                        **ORDER**

IT IS SO ORDERED.

8/1/08

Dated: _____                  _____
                                         THE HONORABLE CLAUDIA WILKEN
                                         UNITED STATES DISTRICT JUDGE