| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle (*Admitted Pro Hac Vice*) | David M. Rosenzweig (SBN 176272) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Grant A. Davis-Denny (SBN 229335) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA  90071-1560 |
| Chicago, IL 60601-9703 | Telephone:  (213) 683-9100 |
| Telephone:   312-558-5600 | Facsimile:   (213) 687-3702 |
| Facsimile:   312-558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; ddoyle@winston.com; | david.rosenzweig@mto.com; |
| spark@winston.com; smccallum@winston.com | grant.davis-denny@mto.com |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA  94111-5894 | San Francisco, CA  94105-2907 |
| Telephone:   415-591-1000 | Telephone:  (415) 512-4000 |
| Facsimile:   415-591-1400 | Facsimile:   (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| | |
| Charles B. Klein (*Admitted Pro Hac Vice*) | Attorneys for Defendant |
| Mathew A. Campbell (*Admitted Pro Hac Vice*) | ABBOTT LABORATORIES |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C.  20007 | |
| Telephone:   202-282-5000 | |
| Facsimile:   202-282-5100 | |
| Email: cklein@winston.com | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| SAFEWAY INC; WALGREEN CO.; THE KROGER CO.; NEW ALBERTSON'S, INC.; AMERICAN SALES COMPANY, INC.; AND HEB GROCERY COMPANY, LP,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>Defendant. | Case No. C07-5470 (CW)<br><br>Related per November 19, 2007 Order to Case No. C04-1511 (CW)<br><br>**STIPULATION REGARDING DEPOSITION OF MILES WHITE**<br><br>**DATE:**<br>**TIME:**<br>**PLACE:**<br>**JUDGE:  Honorable Bernard Zimmerman** |

*(Caption continued on next page)*

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., ROCHESTER DRUG CO-OPERATIVE, INC.,, AND LOUISIANA WHOLESALE DRUG COMPANY, INC., ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　Defendant. | Case No. C07-5985 (CW)<br>(Consolidated Cases)<br><br>Related per November 30, 2007 Order to Case No. C04-1511 (CW) |
| RITE AID CORPORATION; RITE AID HDQTRS CORP.; JCG (PJC) USA, LLC; MAXI DRUG, INC D/B/A BROOKS PHARMACY; ECKERD CORPORATION; CVS PHARMACY, INC.; AND CAREMARK LLC,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES,<br><br>　　　Defendant. | Case No. 07-6120 (CW)<br><br>Related per December 5, 2007 Order to Case No. C04-1511 (CW) |

---

STIPULATION REGARDING DEPOSITION OF MILES WHITE
CASE NOS. C07-5470, C07-5985, C07-6012 (CW)

Whereas, the direct purchaser plaintiffs in the above-captioned actions (but not plaintiff GSK) have notified Abbott that they intend to notice the deposition of Abbott's Chairman and CEO, Miles White.

Whereas, Abbott has no intent to produce Mr. White for deposition absent a court order requiring the deposition to take place and has expressed its intent to move for a protective order to prevent that deposition from occurring.

Whereas, the direct purchaser plaintiffs dispute that sufficient grounds exist to support such a protective order.

Whereas, Abbott has requested that the direct purchaser plaintiffs not formally notice the deposition of Mr. White until the end of fact discovery.

Whereas, the parties agree to postpone this dispute until the close of fact discovery.

**IT IS HEREBY STIPULATED AND AGREED:**

1. No plaintiff will notice the deposition of Mr. White before the last week of February 2009. But any notice of deposition for Mr. White must be served by the seventh calendar day after the close of fact discovery.

2. Within two business days after service of the deposition notice for Mr. White, the parties will jointly contact Judge Zimmerman's chambers to request the earliest possible hearing date for Abbott's motion for protective order and will coordinate on an expedited schedule for letter briefs.

3. Abbott will not oppose the deposition of Mr. White based on the timing of the notice or on the ground that the fact discovery period has closed, or is about to close. But Abbott reserves its right to raise any other objection to the deposition. Abbott also will not seek to alter other deadlines in the case based on the pendency of this dispute or any scheduling of Mr. White's deposition.

4. If Abbott ultimately is ordered to produce Mr. White for deposition, the parties will cooperate in scheduling a deposition date convenient for the parties and witness, regardless of the date indicated in the deposition notice. Each party retains all rights to appeal any order on the production of Mr. White, and the direct purchaser plaintiffs do not agree to postpone

1  Mr. White's deposition during the pendency of any appeal of an order commanding Mr. White's
2  production.
3  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

4  /s/ Scott E. Perwin                                          /s/ Charles B. Klein
   Scott E. Perwin                                              Charles B. Klein
5  KENNY NACHWALTER, PA                                         WINSTON & STRAWN LLP
   1100 Miami Center                                            1700 K Street, N.W.
6  201 South Biscayne Blvd.                                     Washington, D.C.  20007
                                                                *Attorneys for Defendant Abbott Laboratories*
7  Miami FL 33131
   *Attorneys for Safeway, Inc.*
8

   /s/ John D. Radice                                           /s/ Eric L. Cramer
9

10 John D. Radice                                                Eric L. Cramer
   KAPLAN FOX & KILSHEIMER LLP                                   BERGER & MONTAGUE, P.C.
11 850 Third Avenue                                              1622 Locust Street
   New York, NY  10011                                           Philadelphia, PA 19103-6305
12 *Attorneys for Meijer, Inc*                                   *Attorneys for Rochester Drug Co-Operative, Inc*
13
                                                                 /s/ Monica L. Rebuck
14 /s/   Noah W. Silverman                                       Monica L. Rebuck
   Noah W. Silverman                                             HANGLEY ARONCHICK SEGAL & PUDLIN
15 GARWIN GERSTEIN & FISHER LLP                                  30 N. Third Street, Suite 700
   1501 Broadway, Suite 1416                                     Harrisburg, PA  17101
16 New York, NY  10036                                           *Attorneys for Rite Aid, Inc.*
17 *Attorneys for Louisiana Wholesale Drug
   Company, Inc*
18
19
20
21
22 ~~**PURSUANT TO STIPULATION, IT IS SO ORDERED**~~
23 Dated:  _____1/26/2009_____          DENIED.  I do not have
                                        authority to alter Judge
24                                      Wilken's discovery cutoff
                                        date.
25
                                        _____
26                                      Judge Zimmerman_____
                                        United States District Court
27                                      Northern District of California
28

DENIED
*Bernard Zimmerman*
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

**GENERAL ORDER 45 ATTESTATION**

I, Charles B. Klein, am the ECF User whose ID and password was used to file this Joint Stipulation to Extend Time for Filing. In compliance with General Order 45, X.B., I hereby attest that the counsel listed above concurred in this filing.

Dated:  ___January 23, 2009___

By:  /s/ Charles B. Klein_____
     Charles B. Klein
     WINSTON & STRAWN LLP
     Counsel for Defendant

CHI:2210991.1