| | |
|---|---|
| James F. Hurst (*Admitted Pro Hac Vice*) | Jeffrey I. Weinberger (SBN 56214) |
| David J. Doyle (*Admitted Pro Hac Vice*) | David M. Rosenzweig (SBN 176272) |
| Samuel S. Park (*Admitted Pro Hac Vice*) | Grant A. Davis-Denny (SBN 229335) |
| Stephanie S. McCallum (*Admitted Pro Hac Vice*) | MUNGER, TOLLES & OLSON LLP |
| WINSTON & STRAWN LLP | 355 Grand Avenue |
| 35 W. Wacker Drive | Los Angeles, CA  90071-1560 |
| Chicago, IL 60601-9703 | Telephone:  (213) 683-9100 |
| Telephone:     312-558-5600 | Facsimile:   (213) 687-3702 |
| Facsimile:     312-558-5700 | Email: jeffrey.weinberger@mto.com; |
| Email: jhurst@winston.com; | david.rosenzweig@mto.com; |
| ddoyle@winston.com; | grant.davis-denny@mto.com |
| spark@winston.com; smccallum@winston.com | |
| | |
| Nicole M. Norris (SBN 222785) | Michelle Friedland (SBN 234124) |
| WINSTON & STRAWN LLP | MUNGER, TOLLES & OLSON LLP |
| 101 California Street, Suite 3900 | 560 Mission Street, 27th Floor |
| San Francisco, CA  94111-5894 | San Francisco, CA  94105-2907 |
| Telephone:     415-591-1000 | Telephone: (415) 512-4000 |
| Facsimile:     415-591-1400 | Facsimile:   (415) 512-4077 |
| Email: nnorris@winston.com | Email: michelle.friedland@mto.com |
| | |
| Charles B. Klein (*Admitted Pro Hac Vice*) | |
| WINSTON & STRAWN LLP | |
| 1700 K Street, N.W. | |
| Washington, D.C.  20007 | |
| Telephone:     202-282-5000 | Attorneys for Defendant |
| Facsimile:     202-282-5100 | ABBOTT LABORATORIES |
| Email: cklein@winston.com | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| MEIJER, INC. & MEIJER DISTRIBUTION, INC., on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br>v.<br><br>ABBOTT LABORATORIES,<br><br>                        Defendant. | **Case No. C 07-5985 CW**<br><br>*Related by October 31, 2007 Order to:*<br>*Case No. C 04-1511 CW*<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE ADMINISTRATIVE MOTION TO FILE DOCUMENT UNDER SEAL** |

1   Having considered Plaintiffs' Ex Parte Administrative Motion to File Document
2   Under Seal and the supporting Declaration of Stephanie S. McCallum, and finding good cause
3   therefore, Plaintiffs' Motion is GRANTED.
4   Accordingly, the Direct Purchaser Class Plaintiffs' Letter to the Honorable Bernard
5   Zimmerman in Opposition to Abbott's Motion for a Protective Order shall be filed UNDER SEAL:

7   Dated: _____   By: _____
8                                                  Hon. Claudia Wilken
                                                   United States District Judge



**2/20/2009 - DENIED for failure to establish that all or any portion of the letter is sealable, as required by L.R. 79-5(d).**

WINSTON & STRAWN LLP
MUNGER, TOLLES & OLSON LLP

2

CASE NO. 07-5985 (CW) [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL