1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11   SMITHKLINE BEECHAM CORP.,    )
     dba GLAXOSMITHKLINE,          )
12                                 )        No. C 07-5702 CW (BZ)
               Plaintiff(s),       )
13                                 )
          v.                       )        **STANDING DISCOVERY ORDER**
14                                 )
     ABBOTT LABORATORIES,          )
15                                 )
               Defendant(s).       )
16   _____)

17        In the event a discovery dispute arises in the future,

18   the parties shall meet in person or, if counsel are outside

19   the Bay Area, by telephone and make a good faith effort to

20   resolve their dispute.  Exchanging letters or telephone

21   messages about the dispute is insufficient.  The Court will

22   not read subsequent positioning letters; parties shall instead

23   make a contemporaneous record of their meeting using a tape

24   recorder or a court reporter.

25        In the event they cannot resolve their dispute, the

26   parties must participate in a telephone conference with the

27   Court **before** filing any discovery motions or other papers.

28

                                    1

1 | The party seeking discovery shall request a conference in a
2 | letter served on all parties not exceeding two pages (with no
3 | attachments) which briefly explains the nature of the action
4 | and the issues in dispute.  Other parties may reply in similar
5 | fashion within two days of receiving the letter requesting the
6 | conference.  The Court will contact the parties to schedule
7 | the conference.

8 |      After the conference with the Court, if filing papers is
9 | deemed necessary, they should be filed **electronically filed**
10 | with the Clerk's Office, with **one hard copy delivered directly**
11 | **to Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
12 | chambers copy of all briefs shall be submitted on a diskette
13 | formatted in WordPerfect or e-mailed to the following address:
14 | **bzpo@cand.uscourts.gov**

15 | Dated: April 28, 2009

16 | _____
17 |            Bernard Zimmerman
        United States Magistrate Judge

18 | G:\BZALL\-REFS\SMITHKLINE V. ABBOTT LABS\STANDING DISCOVERY ORDER.wpd

19

20

21

22

23

24

25

26

27

28