Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
James C. Magid (233043)
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Co-Lead Class Counsel for Plaintiff John Doe 1
and Individual Class Members, Counsel for
Plaintiff John Doe 2**

Hollis Salzman (HS-5994)
Michael W. Stocker (179083)
Kellie Safar Lerner (KL-0927)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**Co-Lead Class Counsel for Plaintiff Service Employees
International Union Health and Welfare Fund and
Institutional Class Members**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | Case No. C-04-1511 CW |
|  | **ORDER GRANTING FINAL APPROVAL OF SETTLEMENT** |
|  | Date: August 6, 2009 |
|  | Time: 2:00 p.m. |
|  | Ctrm: 2 |
|  | The Honorable Claudia Wilken |

[C-04-1511 CW] [PROPOSED] ORDER GRANTING FINAL APPROVAL OF SETTLEMENT

1    The Court has considered the Joint Motion for Final Approval of Class Action Settlement

2    filed by Plaintiffs and Defendant Abbott Laboratories, Inc., and has held a duly-noticed final

3    approval hearing on August 6, 2009.   The Court hereby grants final approval of the parties'

4    settlement.

5    1.    This Final Approval Order incorporates by reference the definitions in the Settlement

6    Agreement, dated August 13, 2008 and filed concurrently with Plaintiffs' Motion for Preliminary

7    Approval of Class Action Settlement.

8    2.    The Court retains jurisdiction over (a) the subject matter of the Action and over all

9    parties to the Action, including all Class members and Subclass members, as certified by the Court's

10   June 11, 2007 Order and as modified by the Court's August 27, 2008 Preliminary Approval Order;

11   and (b) to consider all further applications arising out of or connected with the proposed settlement.

12   3.    The Court finds that the Settlement was reached as the result of extensive arm's

13   length negotiations between the parties.   The negotiations were undertaken in good faith by counsel

14   and facilitated by an experienced mediator, Edward A. Infante, former Chief Magistrate Judge of the

15   United States District Court for the Northern District of California.

16   4.    The Settlement is recommended by counsel for both parties.   Class Counsel and

17   counsel for the Defendants are skilled and experienced lawyers and law firms, with extensive

18   experience litigating antitrust class actions, and are competent to evaluate the benefits and burdens

19   of the Settlement in comparison with the potential recovery, complexity, risk and delay likely if this

20   case were to be litigated to a final conclusion.

21   5.    The Court finds that sufficient investigation and discovery was accomplished to

22   permit counsel for the parties and the Court to intelligently evaluate the Settlement.

23   6.    The Court finds that the forms of Settlement notice (the "Settlement Notices") and the

24   notice distribution plan (the "Settlement Notice Plan"), approved on April 15, 2009, fulfill the

25   requirements of due process and Rule 23 of the Federal Rules of Civil Procedure.   The Settlement

26   Notices clearly describe the nature of the Action and the terms of the Settlement.   They also

27   adequately identify the members of the Class and explain, among other things, how to exclude

28   oneself from the Class, how to object to the Settlement, how to obtain copies of papers filed in the

Action and how to contact Class Counsel.  Further, the Settlement Notices were adequately disseminated to the Class by first class mail, publication in print media, and publication on the Internet.

7.     After due consideration of, among other things, the Plaintiffs' likelihood of success on the merits; the terms and conditions of the Settlement Agreement; the extent of discovery and the litigation stage at which settlement was reached; the risk of maintaining class action status; the recommendation and experience of counsel; the involvement and experience of the mediator, Judge Infante; the level and substance of the opposition to the Settlement; the presence of good faith and absence of collusion; all written submissions, affidavits, and arguments of counsel; and after notice and hearing, the Court finds that the Settlement is fair, adequate and reasonable.

8.     Accordingly, the Court hereby approves the Settlement Agreement, which shall govern all issues regarding the Settlement and all rights of the Parties, including the Class members.

9.     This Final Order shall be fully binding with respect to all Class Members who did not request exclusion in accordance with the terms of the Settlement.

**DONE AND ORDERED** in Chambers in Oakland, California this 6th day of August, 2009.

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE