Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
James C. Magid (233043)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Counsel for Plaintiffs John Doe 1 and John Doe 2**

Hollis Salzman (HS-5994)
Michael W. Stocker (179083)
**LABATON SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**Counsel for Plaintiff Service Employees International Union Health and Welfare Fund and Institutional Class Members**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE ABBOTT LABORATORIES NORVIR ANTITRUST LITIGATION | Case No. C-04-1511 CW <br><br> <u>CLASS ACTION</u> <br><br> **ORDER REGARDING APPLICATION FOR ORDER APPROVING FINAL ACCOUNTING; TERMINATING SETTLEMENT ADMINISTRATION; AND DISCHARGING LEAD COUNSEL, LEAD PLAINTIFFS AND THE CLAIMS ADMINISTRATOR FROM FURTHER DUTIES IN CONNECTION THEREWITH** |

1   Plaintiffs John Doe 1 and Service Employees International Union Health and Welfare
2  Fund (collectively, "Plaintiffs"), having come before the Court and moved for an order
3  approving the final accounting for the settlement fund in this case, terminating settlement
4  administration, and discharging Lead Counsel, Lead Plaintiffs, and the Claims Administrator
5  from further duties in connection with this matter, the Court grants Plaintiffs' Motion and
6  HEREBY ORDERS:
7   The Final Accounting relating to the settlement fund is approved;
8   The administration of the settlement in this case is terminated;
9   Lead Plaintiffs, Lead Counsel and the Claims Administrator are discharged from any
10   further duties in connection with this matter.

12  Dated: 6/9/2010

   _____
   Claudia Wilken
   United States District Judge

Case No. C-04-1511 CW **PROPOSED ORDER RE APPLICATION FOR ORDER APPROVING FINAL ACCOUNTING; TERMINATING SETTLEMENT ADMINISTRATION; AND DISCHARGING LEAD PLAINTIFFS, LEAD COUNSEL AND THE CLAIMS ADMINISTRATOR FROM FURTHER DUTIES IN CONNECTION THEREWITH**   1